585 A.2d 351
STATE OF NEW JERSEY v. MARK HENRY.

July 17, 1990.

Petition for certification denied.

585 A.2d 351
STATE OF NEW JERSEY v. SAMUEL MILLER.

July 17, 1990.

Petition for certification denied.

585 A.2d 351
STATE OF NEW JERSEY v. DEJESUS MALAVA, JR.

July 17, 1990.

Petition for certification denied.

585 A.2d 351
STATE OF NEW JERSEY v. JACOB WALL.

July 17, 1990.

Petition for certification denied.

585 A.2d 351
STATE OF NEW JERSEY v. EUNICE M. ANDERSON.

July 17, 1990.

Petition for certification denied.